IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **HEIDI ANDERSON,** and her Minor Children,<br><br>Plaintiffs,<br><br>vs.<br><br>**DR. MARK HANSEN,** and<br><br>**ELMBROOK SCHOOL DISTRICT,**<br><br>Defendants. | Case No. 20-cv-1305 |

## NOTICE OF WITHDRAWAL OF MOTION
## FOR SANCTIONS PURSUANT TO RULE 11

COME NOW, Plaintiffs, by and through undersigned Counsel, and withdraw Plaintiffs' Motion for Sanctions Pursuant to Rule 11 (Docket #17) previously filed on December 11, 2020.

Respectfully submitted,
  s/ Brady R. Henderson
Brady R. Henderson, Wis. Bar #1116435, Okla. Bar #21212
Cream City Law, LLC
5150 N Port Washington Rd., Suite 210
Milwaukee, WI 53217
(414) 563-7453, brady@creamcity.law
*Attorney for Plaintiffs*