IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

HEIDI ANDERSON,

                Plaintiff,

                Case No: 2:20-cv-01305

-vs-

DR. MARK HANSEN and
ELMBROOK SCHOOL DISTRICT,

                Defendants.

## RULE 68 OFFER OF JUDGMENT

    To:    Brady Henderson
            Cream City Law, LLC
            5150 North Port Washington Road, Suite 210
            Milwaukee, WI 53217

Pursuant to Federal Rule of Civil Procedure 68, Defendant Elmbrook School District offers to allow judgment to be entered in favor of Plaintiff Heidi Anderson and against the District in the amount of two thousand five hundred dollars and zero cents ($2,500.00), with the costs accrued as of the time of acceptance of the offer, in the above-captioned cause. The costs accrued at the time of acceptance do not include attorneys' fees.

To accept this Offer of Judgment ("Offer"), Plaintiff must serve written notice of acceptance within fourteen (14) days of the date of service of this Offer. If this Offer is not accepted within fourteen (14) days of service, then pursuant to Rule 68, it will be deemed unaccepted and withdrawn, and evidence of this Offer is inadmissible.

Under Rule 68, if a final judgment later obtained by Plaintiff is not more favorable than this Offer, Plaintiff will be obligated to pay Defendant costs incurred after the date of this Offer.

This Offer is made solely for the purpose of avoiding the expense associated with continued litigation and shall be construed as making no admissions or representations whatsoever related to the merits of any issue related to the above-captioned matter.

Dated this 4th day of February, 2022.

BUELOW VETTER BUIKEMA OLSON & VLIET, LLC

*Electronically Signed by Joel S. Aziere*
Joel S. Aziere (WI Bar No. 1030823)
jaziere@buelowvetter.com
Jennifer Williams (WI Bar No. 1058087)
jwilliams@buelowvetter.com

Buelow Vetter Buikema Olson & Vliet, LLC
20855 Watertown Road, Suite 200
Waukesha, Wisconsin 53186
Telephone: (262) 364-0250
Facsimile: (262) 364-0270

*Attorneys for Defendants Dr. Mark Hansen, and Elmbrook School District*